IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01771-BNB

ERNIE CALBART, SR.,

    Plaintiff,

v.

MEDICAL DIRECTOR DR. CRUM, sued in his individual capacit[y],

    Defendant.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Senior Judge Lewis T. Babcock and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to Senior Judge Lewis T. Babcock pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED September 20, 2011, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01771-BNB

Ernie Calbart
Prisoner No. 0000242440
Denver Van Cise-Simonet Detention Center
490 W. Colfax Ave.
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 20, 2011.


                           GREGORY C. LANGHAM, CLERK

                        By: _____
                               Deputy Clerk