IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01771-LTB-CBS

ERNIE CALBART SR.,
      Plaintiff,
v.

MEDICAL DIRECTOR DR. CRUM,
      Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 9 2011

GREGORY C. LANGHAM
                    CLERK

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

      This civil action is before the court for service of the Amended "Prisoner

Complaint" ("Amended Complaint") (Doc. # 8).  Pursuant to the Order of Reference

dated September 27, 2011 (Doc. # 17), this case was referred to the Magistrate Judge.

On July 13, 2011, the court granted Plaintiff leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 3).  It is now

      ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a

waiver of service from Defendant Medical Director Dr. Crum, 490 West Colfax Ave.,

Denver, Colorado 80204.  If the Clerk is unable to do so, the United States Marshal

shall serve a copy of the Amended Complaint (Doc. # 8) and summons upon Defendant

Medical Director Dr. Crum.  If appropriate, the Marshal shall first attempt to obtain a

waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of

service shall be advanced by the United States.  It is

      FURTHER ORDERED that after service of process, Defendant shall respond to

1

the Amended Complaint (Doc. # 8) as provided for in the Federal Rules of Civil

Procedure.

Dated at Denver, Colorado this 28th day of September, 2011.

BY THE COURT:


s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01771-LTB-CBS

Ernie Calbart, Sr.
Prisoner No.  85180
DRDC
PO Box 392004
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: Medical Director Dr. Crum

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Medical Director Dr. Crum: AMENDED COMPLAINT FILED 8/25/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on September 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk