IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  11-cv-01771-LTB -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 6, 2012 | Courtroom Deputy:  Robin Mason |

*Parties:*                                                                 *Counsel:*

ERNIE CALBART, SR.,                                     *Pro se* (appearing by telephone)

   Plaintiff,

v.

MEDICAL DIRECTOR DR. CRUM,            Patrick Singer

   Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in Session:       9:18 a.m.**
Court calls case.  Appearances of counsel.  Statements by Plaintiff.

Discussion between the court and plaintiff regarding claims and elements of case.  Discussion regarding the amount of time that the plaintiff will need for discovery.  Plaintiff informs the court that he will need 6 months.  Counsel for the defendant has no objection.  Discussion between court and Mr. Singer regarding Answer to #8 Amended Complaint (Docket No. 31, filed on 12/9/2012) and how sovereign immunity relates to his client.

Discovery Cut-off**:   July 6, 2012.**

Dispositive Motions deadline**:   July 31, 2012.**

Parties shall designate affirmative experts **on or before May 1, 2012.**

Parties shall designate rebuttal experts **on or before June 1, 2012.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.  Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25)  Requests for Admissions, without leave of Court.

No trial date will be provided to parties until after the dispositive motions have been filed and ruled on.

HEARING CONCLUDED.
**Court in recess:        9:37 a.m.**
Total time in court:    00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.

## POST RECESS ORDER

By Magistrate Judge Craig B. Shaffer

In light of the above scheduled dates, **IT IS ORDERED** that plaintiff's Motion for Permission to Engage in Discoverys and Interrogatories (Docket No. 34, filed on 12/20/2012) is now **MOOT**.