IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-01771-LTB -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 20, 2012 | Courtroom Deputy: Julie Dynes |

| *Parties:* | *Counsel:* |
|---|---|
| ERNIE CALBART, SR., | *Pro se* appearing by telephone |
| Plaintiff, | |
| v. | |
| MEDICAL DIRECTOR DR. CRUM, | Patrick Singer appearing by telephone |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** Telephonic Motion Hearing
**Court in Session: 11:06 a.m.**
Court calls case. Appearance of counsel.

Discussion on [54] Plaintiff's Motion to Compel. The Court will proceed and make a recommendation on the pending Motion for Summary Judgment as the next step in this case.

ORDERED: [54] Plaintiff's Motion to Compel is DENIED.

HEARING CONCLUDED.
**Court in recess:** **11:16 a.m.**
Total time in court: 00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.