**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01771-LTB-CBS

ERNIE CALBART, SR.,

      Plaintiff,

v.

MEDICAL DIRECTOR DR. CRUM, sued in his individual capacit[y],

      Defendant.

**ORDER**

This case is before me on the recommendation of the Magistrate Judge issued and served on August 21, 2012 (Doc 64).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion for Summary Judgment (Doc 38) is GRANTED, Plaintiff's Motion to Amend Complaint (Doc 44) is DENIED, and Judgment on the Amended Complaint (Doc 8) shall be entered in favor of Defendant Dr. Crum and against Plaintiff Mr. Calbart.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   September 6, 2012