## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-01771-LTB-CBS

ERNIE CALBART, SR.,

      Plaintiff,

v.

MEDICAL DIRECTOR DR. CRUM,

      Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on September 6, 2012, incorporated herein by reference, it is

ORDERED that the recommendation of the Magistrate Judge is ACCEPTED and that Defendant's Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Medical Director Dr. Crum, and against Plaintiff, Ernie Calbart, Sr.  It is

FURTHER ORDERED that Plaintiff's Amended Prisoner Complaint and this civil action are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this __7th__ day of September, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler, Deputy Clerk